**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: )<br>)<br>THE EDUCATION RESOURCES )<br>INSTITUTE, INC.. )<br><br>FIRST MARBLEHEAD CORPORATION, )<br>FIRST MARBLEHEAD EDUCATION )<br>RESOURCES and FIRST MARBLEHEAD )<br>DATA SERVICES )<br>)<br>            Appellant, )<br>)<br>    v. )<br>)<br>THE EDUCATION RESOURCES )<br>INSTITUTE, INC., )<br>)<br>            Appellee. )<br>) | Dist. Ct. Appeal No.: 11-10241-DPW |

**CORPORATE DISCLOSURE STATEMENT OF**
**THE EDUCATION RESOURCES INSTITUTE, INC.**

Pursuant to Local Rule 7.3, Appellee, The Education Resources Institute, Inc., by its undersigned counsel, states as follows:

The Education Resources Institute, Inc. is a nonprofit organization incorporated under Massachusetts General Laws, chapter 180. It does not have a parent corporation and no publicly held company owns 10% or more of TERI's stock.

*[Signature page follows]*

2

Dated:  March 16, 2010	Respectfully submitted,

THE EDUCATION RESOURCES
INSTITUTE, INC.

/s/ Daniel M. Glosband
Daniel M. Glosband, Esq. (BBO # 195620)
Gina Lynn Martin, Esq. (BBO # 643801)
Dahlia Fetouh, Esq. (BBO # 651196)
Sarah Lang, Esq. (BBO # 676159)
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
Tel: (617) 570-1000
Fax: (617) 523.1231

*Counsel for The Education Resources Institute, Inc.*

## CERTIFICATE OF SERVICE

I, Daniel M. Glosband, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 16, 2011.

/s/ Daniel M. Glosband