# United States Court of Appeals
## For the First Circuit

No. 12-1050

IN RE: THE EDUCATION RESOURCES INSTITUTE, INC.

Debtor

------

THE FIRST MARBLEHEAD CORPORATION; FIRST MARBLEHEAD EDUCATION RESOURCES, INC.; FIRST MARBLEHEAD DATA SERVICES, INC.

Appellants

v.

THE EDUCATION RESOURCES INSTITUTE, INC.

Appellee

**JUDGMENT**

Entered: November 27, 2012
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Dennis Jenkins
Robert S. Franks, Jr.
Craig Goldblatt
Isley Markman
John Deitch Sigel

Dahlia S. Fetouh
Daniel M. Glosband
Gina L. Martin
Charles A. Dale, III