# United States Court of Appeals
## For the First Circuit

No. 12-1050

IN RE: THE EDUCATION RESOURCES INSTITUTE, INC.

Debtor

------

THE FIRST MARBLEHEAD CORPORATION; FIRST MARBLEHEAD EDUCATION RESOURCES, INC.; FIRST MARBLEHEAD DATA SERVICES, INC.

Appellants

v.

THE EDUCATION RESOURCES INSTITUTE, INC.

Appellee

**MANDATE**

Entered: November 27, 2012

In accordance with the judgment of November 27, 2012, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Charles A. Dale III
Dahlia S. Fetouh
Robert S. Frank Jr.
Daniel M. Glosband
Craig Goldblatt

Dennis Jenkins
Isley Markman
Gina L. Martin
John Deitch Sigel